TODD DILLON, INDIVIDUALLY, AND )
ON BEHALF OF ALL OTHERS )
SIMILARLY SITUATED, )
                            )
                 PLAINTIFF, )
          **v.** )
                            )
YELLOWSTONE CAPITAL, LLC, )
                            )
              DEFENDANT. )

## STIPULATION OF DISMISSAL

NOW COMES Todd Dillon, by and through his respective attorneys, and pursuant to Fed

R. Civ. Pro. 41(a)(1)(A)(ii), hereby voluntarily dismisses all of his claims against Yellowstone

Capital, LLC individually with prejudice and on behalf of the class without prejudice.  This

dismissal disposes of the entire action.

Date:  November 25, 2019               */s/ Avi R. Kaufman*
                                              Avi R. Kaufman
                                              KAUFMAN, P.A.
                                              400 Northwest 26th Street
                                              Miami, Florida 33127
                                              Telephone: (305) 469-5881
                                              kaufman@kaufmanpa.com
                                              Florida Bar. No. 84382

                                              Stefan Coleman
                                              law@stefancoleman.com
                                              LAW OFFICES OF STEFAN COLEMAN, P.A.
                                              201 S. Biscayne Blvd, 28th Floor
                                              Miami, FL 33131
                                              Telephone: (877) 333-9427
                                              Facsimile: (888) 498-8946

                                              Ted Lewis Johnson
                                              North Carolina State Bar # 39791
                                              PO Box 5272

Greensboro, NC 27435
Telephone: (336) 252-8596
Email: tedlewisjohnson@tedlewisjohnson.com
Local Civil Rule 83.1(d) Counsel for Plaintiff

*Attorneys for Plaintiff and all others similarly situated*

/s/ *Rachel A. Oplinger*
Rebecca K. Lindahl
rebecca.lindahl@katten.com
N.C. State Bar No. 35378
Rachel A. Oplinger
rachel.oplinger@katten.com
N.C. State Bar No. 52320
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
(704) 344-3141 telephone
(704) 344-2277 facsimile

Stuart M. Richter
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4400 telephone
(310) 788-4471 facsimile
stuart.richter@katten.com
C.A. Bar No. 126231

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2019, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF, and it is being served this day on all

counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.


/s/Avi R. Kaufman

2